DANA'S RAILROAD SUPPLY, Dana Jackson, TM Jewelry LLC, Lee Harper, Tallahassee Discount Furniture, Duana Palmer, Cook's Sportland, Eric Cook, Plaintiffs–Appellants,

v.

ATTORNEY GENERAL, State of FLORIDA, Defendant–Appellee.

No. 14–14426.

United States Court of Appeals, Eleventh Circuit.

Jan. 13, 2016.

Deepak Gupta, Gupta Wessler PLLC, Washington, DC, David Michael Frank, Law Office of David Frank, PA, Tallahassee, FL, for Plaintiffs–Appellants.

Pam Bondi, Allen C. Winsor, Attorney General's Office, Tallahassee, FL, for Defendant–Appellee.

Before ED CARNES, Chief Judge, TJOFLAT, HULL, MARCUS, WILSON, WILLIAM PRYOR, MARTIN, JORDAN, ROSENBAUM, JULIE CARNES, and JILL PRYOR, Circuit Judges.

ORDER ON REHEARING EN BANC

BY THE COURT:

A petition for rehearing having been filed and a member of this Court in active service having requested a poll on whether this case should be reheard by the Court sitting en banc, and a majority of the judges in active service on this Court having voted against granting a rehearing en banc, it is ORDERED that this case will not be reheard en banc.